UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    )
                                          )
        WILLIAM ARTHUR SHANNON,   )        Case Number 6:11-bk-06945-ABB
                                          )        Chapter 7
                    Debtor.               )
_____

NOTICE OF TRUSTEE'S INTENTION TO SELL PROPERTY OF THE ESTATE

        Leigh Richard Meininger, trustee of the above captioned debtor estate, hereby

gives notice of a proposed sale of property of the estate and shows:

        1.       Property of the estate includes the estates interest in one (1) 2006 Hummer

H-3, Vehicle Identification Number 5GTDN136568194603, in fair condition, valued by

the debtor at $5,625.00 (the "Property").

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

        Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or
other matter without further notice or hearing unless a party in interest files an objection
within twenty one (21) days from the date this paper is entered on the docket[1].  If you
object to the relief requested in this paper, you must file your objection with the Clerk of
the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on
Leigh Richard Meininger, attorney for the trustee, Post Office Box 1946, Orlando, Florida
32802-1946.

        If you file and serve an objection within the time permitted, the Court will schedule
a hearing and you will be notified.  If you do not file an objection within the time
permitted, the Court will consider that you do not oppose the granting of the relief
requested in the paper, will proceed to consider the paper without further notice and
hearing, and may grant the relief requested.

---

[1] Unless otherwise stated, the date of docketing is the same as the date of service below.

2.	The trustee has valued the Property based upon photographs and an appraisal of $5,625.00.   The trustee values the estate's interest in the non-exempt portion of the Property, after taking into consideration the debtor's claimed exemption of $1,000.00 and entitled exemption of $3,000.00, the condition of the vehicle, and the current value of vehicles on the market, at $2,500.00.

3.	The trustee has received an offer to purchase the Property from William Arthur Shannon, 5520 Los Palma Vista Drive, Orlando, Florida 32837, for $2,500.00 which the trustee has already received.

4.	The trustee is unaware of any liens on the Property.  The sale is being made subject to all liens and encumbrances.  There may be other encumbrances that the trustee is not aware of.

5.	The Property is being sold "as is, where is" with no warranties of any kind "express, implied or otherwise."  It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed in 4 above.  To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

6.	The trustee will entertain any higher bids for the purchase of the Property described in 1 above.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price plus any exemptions claimed by the debtor(s).  Any higher bid must be received by the trustee at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below.  If

more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction.

I HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic Notice or First-Class United States Mail, postage prepaid, this 27th day of October, 2011 to all persons on the current mailing matrix attached to the original of this document.

Dated: October 27, 2011.

/s/ Leigh Richard Meininger
Leigh Richard Meininger, Esquire
Meininger & Meininger, P.A.
Florida Bar Number 0765562
Post Office Box 1946
Orlando, Florida 32802-1946
Phone: (407) 246-1585
Facsimile (407) 246-7101
E mail: leigh@meiningerlaw.com